IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEE GROSSE, | No. C 10-3075 WHA (PR) |
| Plaintiff, | **ORDER DENYING LEAVE TO FILE AMENDED COMPLAINT AND DENYING APPOINTMENT OF COUNSEL** |
| v. | |
| SHERIFF'S DEPUTY MITCHELL, | |
| Defendant. / | **(Docket No. 15)** |

Plaintiff, a county jail inmate who is proceeding pro se, has filed a civil rights complaint under 42 U.S.C. 1983 against Sheriff's Deputy Mitchell, a guard at the Martinez Detention Facility in Martinez, California, where plaintiff is incarcerated. The complaint was found to state a cognizable claim for relief, and the Marshal was ordered to serve it upon Mitchell. Dispositive motions have been scheduled but not yet filed. Plaintiff has filed another complaint form, which could possibly be a proposed amended complaint. The allegations set forth therein refer to an attack by "North north Korean troops" and are largely unintelligible. Plaintiff will not be given leave to file an amended complaint that is unintelligible.

//

//

Case 3:10-cv-03075-WHA   Document 16   Filed 10/27/10   Page 2 of 2

Plaintiff has also requested appointment of counsel. Plaintiff has thus far been able to advance his claims without counsel, and there are no extraordinary circumstances that would warrant appointment of counsel at this time. The request for appointment of counsel (docket number 15) is **Denied.** Should the need arise at a later date, the court will appoint counsel sua sponte.

**IT IS SO ORDERED.**

Dated: October   27  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GROSSE3075.MOT.wpd

2